E-FILED; Prince George's Circuit Court
Docket: 7/23/2026 10:38 AM; Submission: 7/23/2026 10:38 AM
Envelope: 27479378

IM

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

**MBIYIFI HENRIETTA MOFOR ASANJI**
6803 Elbrook Road
Lanham, MD 20706

Plaintiff,

v. * Case No C-16-CV-26-004490

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**
600 Fifth Street NW
Washington, DC 20001

Serve:
Patricia Y. Lee, Esq.
Chief Legal Officer &
General Counsel
600 Fifth Street NW
Washington, DC 20001

Defendant.

**COMPLAINT**
**(Negligence)**

COMES NOW Plaintiff Mbiyifi Henrietta Mofor Asanji ("Plaintiff"), by and through her attorney, Keith W. Watters, and hereby moves for judgment against Defendant Washington Metropolitan Area Transit Authority ("Defendant") on the grounds and in the amount as hereinafter set forth:

1. This Court has jurisdiction over this action pursuant to Md. Code Ann., Cts. & Jud. Proc. § 1-501.

2. Jurisdiction is also vested in this Court pursuant to the Washington Metropolitan Area Transit Authority Compact ("WMATA Compact"), which establishes original jurisdiction and concurrent jurisdiction in this Court over actions brought against WMATA. *See* WMATA Compact Article XVI § 81; Md. Code Ann., Transp. § 10-204(80).

3. Venue is proper in this Court as the negligent acts and/or omissions complained of herein occurred in Prince George's County, Maryland.

4. Plaintiff is an adult resident of the State of Maryland.

5. Defendant is a tri-jurisdictional government agency created by Congress by way of the WMATA Compact.

6. At all times relevant herein, Defendant was the owner of the Landover Metro Station located at 3000 Pennsy Drive, Hyattsville, MD 20785 ("the Station").

7. The Station was being managed and/or maintained by Defendant's duly authorized agents, servants, and/or employees of Defendant, who were acting within the course and scope of their employment and/or agency with Defendant.

8. On January 12, 2025, at approximately 7:45 am, Plaintiff parked her vehicle at the Station's parking lot and was walking towards the Station.

9. Plaintiff then slipped and fell on untreated ice and/or snow in the crosswalk at the Station's parking lot.

10. Plaintiff sustained immediate, severe, painful, and permanent injuries as a result of the fall, including but not limited to a right ankle fracture which required surgery.

11. At all times relevant, Defendant had a duty to maintain the Station and its parking lot in a reasonably safe condition for persons walking and otherwise using Defendant's parking lot.

12. Defendant, individually or by and through its agents, servants, and/or employees, acted with less than reasonable care and was negligent in one or more of the following ways:

(a) Failed to properly maintain the Station's parking lot in a reasonably safe condition for Plaintiff;

(b) Failed to warn Plaintiff of the dangerous condition when Defendant knew or in the exercise of ordinary care should have known that said warning was necessary to prevent injury to Plaintiff; and

(c) Failed to make a reasonable inspection of the Station's parking lot when Defendant knew or in the exercise of ordinary care should have known that said inspection was necessary to prevent injury to Plaintiff.

13. Defendant is liable for all acts and/or omissions committed by its agents, servants, and/or employees within the course and scope of their agency and/or employment with Defendant under the doctrine of *respondeat superior*.

14. As a direct and proximate result of Defendant's negligence, Plaintiff has suffered severe and permanent injuries; permanent disfigurement and deformity; emotional pain and suffering; and loss of enjoyment of life; and has incurred medical and out-of-pocket expenses.

**WHEREFORE**, Plaintiff Mbiyifi Henrietta Mofor Asanji hereby demands judgment against Defendant Washington Metropolitan Area Transit Authority in the amount of One Million Dollars ($1,000,000.00), plus interest and costs.

Respectfully submitted,

/s/ Keith W. Watters

Keith W. Watters, Esq. (DC Bar No. 319210)
KEITH WATTERS & ASSOCIATES
1667 K Street NW, Suite 1125
Washington, DC 20006
(202) 887-1990
keithwatters@verizon.net

*Counsel for Plaintiff*

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

/s/ Keith W. Watters
Keith W. Watters